McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEROY FASBENDER<br><br>    Plaintiff,<br><br>   v.<br><br>JAY HARLIE POWER; U.S. DEPARTMENT OF AGRICULTURE FOREST SERVICE; DOES 1 TO 100, Inclusive,<br><br>    Defendants. | Case No. 2:06-CV-00572-GEB-KJM<br><br><br><br><br>STIPULATION AMENDING COMPLAINT; ORDER |

It is stipulated between the parties as follows:

1. At the time of the incident that is the subject of plaintiff's suit, defendant JAY HARLIE POWER was an employee of the United States Forest Service, Department of Agriculture, an agency of the United States of America, and was acting within the scope of his federal employment.  A federal employee acting in the scope of federal employment is absolutely immune under the Federal Tort Claims Act from liability for common law torts.  28 U.S.C. § 2679(b)(1).

2. Under the Federal Tort Claims Act, the United States of

1

1  America is the only proper defendant.  28 U.S.C. § 2679(b)(1).
2       3. The Federal Rules of Civil Procedure do not provide for
3  suing fictitious parties, and a suit naming Doe defendants may not
4  be maintained in federal court.
5       4. The parties therefore stipulate that JAY HARLIE POWER and
6  all other named defendants, including the Doe defendants, be
7  dismissed from this action, and that the United States of America be
8  substituted as the sole defendant.
9  DATED: April 11, 2006            McGREGOR W. SCOTT
                                    United States Attorney
10
11
                              By:   /s/ John F. Gisla
12                                  JOHN F. GISLA
                                    Assistant United States Attorney
13                                  Attorneys for the United States
14
15
   DATED: April 7, 2006             FRANCIS & ASSOCIATES
16
17
18                            By:   /s/ Richard L. Francis
                                    RICHARD L. FRANCIS
19                                  Attorneys for Plaintiff
20
21
   IT IS SO ORDERED:
22
23 Dated:  April 25, 2006
24
                                    /s/ Garland E. Burrell, Jr.
25                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
26
27
28

2

|    |                                                                                                                                                                                                                                                                                              |
|----|---|
| 1  | CERTIFICATE OF SERVICE |
| 2  | The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of |
| 3  | California, and is of such age and discretion to be competent to serve papers. |
| 4  |  |
| 5  | That on April 11, 2006, she served a copy of: |
| 6  | STIPULATION AMENDING COMPLAINT; ORDER |
| 7  | by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known |
| 8  | addressees, and deposited said envelopes and in the United States mail in Sacramento, California. |
| 9  | Addressee(s): |
| 10 | Richard L. Francis, Esq. |
| 11 | FRANCIS & ASSOCIATES<br>711 South A Street |
| 12 | Oxnard, CA 93030 |
| 13 |  |
| ... |  |
| 27 | /s/ Amber M. Jose |
| 28 |  |

3